UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

LORI PERROTTI-JOHNS,

      Plaintiff,

v.

WAL-MART STORES, INC. and JOHN DOES ONE THROUGH FIVE,

      Defendants.

CASE NO. 1:05-cv-243-PB

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed.R.Civ.P. 41(a)(1), the parties stipulate to dismiss the above-captioned matter with prejudice.

Respectfully submitted,

| LORI PERROTTI-JOHNS | WAL-MART STORES, INC. |
|---|---|
| By Her Attorneys,<br>Burns, Bryant, Cox, Rockefeller<br>  & Durkin, P.A. | By Its Attorneys,<br>Sheehan Phinney Bass + Green, P.A. |
| By: /s/ John E. Durkin<br>  John E. Durkin, #_____<br>  255 Washington Street<br>  P.O. Box 608<br>  Dover, NH 03821<br>  (603) 742-2332 | By: /s/ David W. McGrath<br>  David W. McGrath, #9347<br>  1000 Elm Street, P.O. Box 3701<br>  Manchester, NH 03105-3701<br>  (603) 627-8255 |

Dated: February 15, 2008